IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 99-1 Erie |
| | ) |
| GHASSAN SALEH | ) |

**<u>NOTICE OF CHANGE OF APPEARANCE OF COUNSEL</u>**

NOTICE is hereby given that Christine A. Sanner, Assistant United States Attorney, is replacing James D. Donovan, Assistant United States Attorney, as counsel of record for the government in the above-criminal action.

        Respectfully submitted,

        MARY BETH BUCHANAN
        United States Attorney


        <u>s/Christine A. Sanner</u>
        CHRISTINE A. SANNER
        Assistant U.S. Attorney
        PA ID No. 85039